NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1450

TOTAL PROCUREMENT SERVICE, INC.,

Appellant,

v.

Robert M. Gates,
SECRETARY OF DEFENSE,

Appellee.

Appeal from the Armed Services Board of Contract Appeals in nos. 54163 and 55821, Administrative Judge Robert T. Peacock.

ON MOTION

Before LINN, Circuit Judge.

## O R D E R

The Secretary of Defense moves for leave to file a corrected brief and supplemental appendix. Total Procurement Service, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

**MAY -1 2009**
_____
Date

cc: Courtney E. Sheehan, Esq.
Donnie Dac Ho, Esq.

s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK